No. 73–5466. GERARD v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 73–5468. COOPER v. TEXAS BOARD OF MEDICAL EXAMINERS. Ct. Civ. App. Tex., 8th Sup. Jud. Dist. Certiorari denied.

No. 73–5471. LASHLEY v. FORD MOTOR CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–5474. PALLER v. PALLER. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 73–5477. RING v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 73–5488. AVINA v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 73–5491. HANDVERGER ET AL. v. HARVILL ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–5492. CARTER v. HILL, ATTORNEY GENERAL OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 73–5493. KOVAC v. MEACHAM, PENITENTIARY SUPERINTENDENT, ET AL. Sup. Ct. Wyo. Certiorari denied.

No. 73–5495. ALEXANDER v. MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 73–5496. PARSON v. ANDERSON, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 73–5501. JONES v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.